Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

Nos. 04-11-00788-CR; 04-11-00789-CR & 04-11-00790-CR

Thomas **HUDDLESTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2002CR2762B; 2002CR 6510B & 2002 CR6511B
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  December 7, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal in each of these appeals seeking to appeal the trial court's order denying his motion for a judgment nunc pro tunc.  The denial of a motion for a judgment nunc pro tunc, however, is not an appealable order.  *See Caceras v. State*, No. 04-10-00132-CR, 2010 WL 726884, at *1 (Tex. App.—San Antonio Mar. 3, 2010, no pet.) (not designated for publication); *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.).  Instead, the proper remedy to obtain review of the denial of a motion for judgment nunc

pro tunc is by petition for writ of mandamus. *Caceras*, 2010 WL 726884, at *1; *Castor*, 205 S.W.3d at 667.

On November 8, 2011, we ordered appellant to show cause in writing why these appeals should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. The appeals are dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH